# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEVERLY CARDOZO, | ) |
| Plaintiff, | ) 2:10-cv-00654-RLH-LRL |
| v. | ) |
| WYNDHAM VACATION OWNERSHIP, INC., | ) |
| Defendant. | ) |

# REPORT & RECOMMENDATION

On July 7, 2010, the court denied plaintiff's Application to Proceed *in Forma Pauperis.* Order (#3). Plaintiff was ordered to pay the filing fee of $350 no later than August 6, 2010. She was warned that her failure to do so may result in her case being dismissed. To date, plaintiff has not paid the filing fee nor has she filed any other paper in this matter.

### RECOMMENDATION

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed without prejudice.

DATED this 22nd day of February, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**