# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BEVERLY CARDOZO, | ) | |
| Plaintiff(s), | ) | 2:10-cv-0654-RLH-LRL |
| vs. | ) | **O R D E R** |
| WYNDHAM VACATION OWNERSHIP, INC., | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#4, filed February 22, 2011), entered by the Honorable Lawrence R. Leavitt, regarding Plaintiff's failure to pay the filing fee by a certain date, as ordered. No objection was filed to Magistrate Judge Leavitt's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#4, entered February 22, 2011) is ACCEPTED and ADOPTED, and the case is dismissed with prejudice.

Dated: March 17, 2011

_____
ROGER L. HUNT
Chief U.S. District Judge